**QUILL & ARROW LLP**
Kevin Y. Jacobson, Esq. (SBN 320532)
kjacobson@quillarrowlaw.com
Matthew Treybig, Esq. (SBN 336797)
mtreybig@quillarrowlaw.com
10880 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90024
Telephone: (310) 933-4271
Facsimile: (310) 889-0645
Attorneys for Plaintiff,
**SAUL PENA TERRES**


**LEWIS BRISBOIS BISGAARD & SMITH LLP**
H.Paul Efstratis (SBN 242373)
Paul.Efstratis@lewisbrisbois.com
Jad I. Doudar (SBN 332499)
Jad.Doudar@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105

Attorneys for Defendant,
**FORD MOTOR COMPANY**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL PENA TERRES, an individual, Plaintiff, vs. FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive, Defendants. | Case No.: 2:24-cv-02489-JAM-AC *Assigned Judge: John A. Mendez* **STIPULATION AND ORDER OF DISMISSAL** |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS HEREBY STIPULATED, by and between Plaintiff, SAUL PENA TERRES, and Defendant, FORD MOTOR COMPANY, (hereafter "the Parties"), by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice in accordance with the terms of the written settlement agreement entered into between the Parties.

Upon order of the Court and upon such terms and conditions as the Court deems proper, the Parties respectfully request that this action be dismissed with prejudice and that the Court continue to retain jurisdiction over the terms of the Parties' settlement agreement.

Dated: February 13, 2025,   **QUILL & ARROW, LLP**

By _____
Kevin Y. Jacobson, Esq.
Matthew Treybig, Esq.
Attorneys for Plaintiff,
**SAUL PENA TERRES**

Dated: February 13, 2025,   **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By   /s/ H.Paul Efstratis
_____
H.Paul Efstratis, Esq.
Jad I. Doudar, Esq.
Attorney for Defendant,
**FORD MOTOR COMPANY**

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to  <u>H.Paul Efstratis</u>, Esq. counsel for FORD MOTOR COMPANY, and that I have obtained authorization to affix his electronic signature to this document.

**QUILL & ARROW, LLP**

<u>/s/</u>  <u>Matthew Treybig</u>
Kevin Y. Jacobson, Esq.
Matthew Treybig, Esq.
Attorneys for Plaintiff,
**SAUL PENA TERRES**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL PENA TERRES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation,<br><br>Defendant, | Case No.: 2:24-cv-02489-JAM-AC<br><br>*Assigned Judge: John A. Mendez*<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing, the entire action, including all claims and counterclaims stated herein against all parties, is hereby **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Dated: February 18, 2025      /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             SENIOR UNITED STATES DISTRICT JUDGE